**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TERRY PROCTOR
ADC # 87410                                                                                                          PLAINTIFF

V.                                           5:08CV00247 JLH/HDY

WENDY KELLEY *et al.*                                                                                      DEFENDANTS

**ORDER**

Plaintiff, who was previously directed to provide a current address for Defendants Williams and Bowler, has responded (docket entry # 40) with an address for Defendant Larry D. Bowler at 2324 West Tecumseh Street, Tulsa, Oklahoma, 74127.  Accordingly, the Clerk of the Court shall prepare summons for Defendant Bowler at this address, and the United States Marshal is directed to serve a copy of the Complaint (docket entry #2) and summons on Defendant without prepayment of fees and costs or security therefore.

Plaintiff has also been directed to obtain a current address for Defendant Bernadine Williams, who has not been served with notice of the action against her.  Plaintiff still has the previously-allotted time in which to respond to the Court's order to provide an address for service.  In his response (docket entry #40) Plaintiff indicates that he hopes to find Defendant Williams' address through discovery.  Although a *pro se* plaintiff is relieved of the responsibility for service of a summons and complaint, he must still provide the Court with enough information to enable the United States Marshal to effectuate service of process.  *See Munz v. Parr*, 758 F.2d 1254 (8th Cir. 1985)(dismissal of a "John Doe" defendant named by a plaintiff proceeding *in forma pauperis* is

proper when it appears that the true identity of the defendant cannot be learned)

DATED this   26   day of January, 2009.

_____
     UNITED STATES MAGISTRATE JUDGE