**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TERRY PROCTOR                                                                                              PLAINTIFF
ADC # 87410

v.                                        No. 5:08CV00247 JLH-JJV

WENDY KELLEY, Deputy Director,
Arkansas Department of Correction, *et al.*                                                    DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 9th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE